Michael MCCLOUD, Plaintiff-Appellant,

v.

A. M. FUNAIOCK, Defendant-Appellee,

and

Karen N. Henderson, Defendant.

No. 16-1951

United States Court of Appeals, Fourth Circuit.

Submitted: January 19, 2017

Decided: January 27, 2017

Michael McCloud, Appellant Pro Se. Adonica Baine, Darlene P. Bradberry, Christopher Michael Midgley, Office of the City Attorney, Newport News, Virginia, for Appellee.

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael McCloud appeals the district court's orders dismissing his civil action with prejudice under Fed. R. Civ. P. 41(a)(2) and taxing costs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McCloud v. Funaiock, No. 4:15–cv–00005–JAG–LRL (E.D. Va. July 1, 2016; June 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED